**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-6761**

UNITED STATES OF AMERICA,

                 Plaintiff - Appellee,

        v.

CORNELIUS KOLLOCK,

                 Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  James A. Beaty, Jr., Chief District Judge.  (1:00-cr-00158-WO-1)

Submitted:  October 22, 2008       Decided:  November 14, 2008

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cornelius Kollock, Appellant Pro Se.  Anna Mills Wagoner, United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cornelius Kollock appeals a district court order denying his motion under 18 U.S.C. § 3582(c)(2) (2006) seeking a reduction to his sentence. We have reviewed the district court's order and the record and affirm for the reasons cited by the district court. See United States v. Kollock, No. 1:00-cr-00158-WO-1 (M.D.N.C. Apr. 28, 2008). We deny Kollock's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED